FILED
CHARLOTTE, NC
DEC 17 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT 5201 ALLEN ROAD EAST, CHARLOTTE, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN A DEED RECORDED AT BOOK 7019, PAGE 763 IN THE MECKLENBURG COUNTY PUBLIC REGISTRY <br><br> FILE IN GRANTOR INDEX UNDER: **ROBERT M. PARRISH, ROBERT MURRAY PARRISH** | **ORDER AND LIS PENDENS** <br><br> 3:10mc168 |

WHEREAS, the United States of America, by and through Special Agent Mark S. Hammond of the Department of Homeland Security, Homeland Security Investigations, has presented an affidavit to the Court alleging that the above-captioned property was used to commit crimes involving sexual exploitation of children, in violation of 18 U.S.C. §§ 2252(a)(1)-(2) and (a)(4), 2252A(a)(1)-(2), and/or 2252A(a)(5)(B); and,

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property was used to commit such criminal activity; and,

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. § 2254, incorporating 18 U.S.C. § 2253(a)(3), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository to prevent the flight or transfer of the property so that the United States may initiate action to adjudicate forfeiture of the property; and,

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future civil in rem action before this Court, and any person who has a question as to this action should contact:

    United States Attorney
        for the Western District of North Carolina
    Attn: William A. Brafford
    227 West Trade Street, Suite 1650
    Charlotte, NC 28202
    (704) 344-6222

This the 17th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**